1
2
3
4
5
6
7

8

# UNITED STATES DISTRICT COURT

9

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

10

11  Christian Velazquez,

12              Plaintiff,

13       v.

14  Panda Motors, Inc.,

15

16              Defendant.

17
18
19
20
21
22

Case No.: 8:19-cv-02031-JVS (KESx)

ASSIGNED FOR ALL PURPOSES:
Hon. District Judge: James V. Selna
Hon. Magistrate Judge: Karen E. Scott
Dept. 10C

**ORDER GRANTING EXTENSION OF TIME FOR DEFENDANT PANDA MOTORS, INC. TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS [L.R. 8-3]**

Action Filed:            October 24, 2019
Current Response Date:  December 9, 2019
New Response Date:      January 8, 2020
Trial Date:              None Set.

23                              **ORDER**

24       Upon stipulation of the Parties to extend time for Defendant Panda Motors, Inc.

25  ("Defendant") to respond to the initial Complaint filed by Plaintiff Christian Velazquez

26  ("Plaintiff"),

27       THE COURT MAKES THE FOLLOWING ORDERS with respect to the Parties'

28  stipulation regarding an extension of time for Defendant to respond to the Complaint in

ORDER GRANTING EXTENSION OF TIME FOR DEFENDANT PANDA MOTORS, INC. TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS [L.R. 8-3]

-1-                                    8:19-cv-02031-JVS (KESx)

1   this action:

2          It is ORDERED that Defendant is granted an extension of time to respond to the

3   Complaint filed by Plaintiff.  Defendant shall have up to and including January 8, 2020,

4   to respond to the Complaint.

5

6   **IT IS SO ORDERED.**

7

8   Dated: December 10, 2019

9

10

11   _____
                                United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING EXTENSION OF TIME FOR DEFENDANT PANDA MOTORS, INC. TO RESPOND TO INITIAL
COMPLAINT BY NOT MORE THAN 30 DAYS [L.R. 8-3]